# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| QUENTIN R. JOHNSON, | ) | |
| Petitioner, | ) ) ) | No. 2:17-cv-02724-TLP-tmp |
| v. | ) ) ) | |
| SHELBY COUNTY DETENTION, | ) ) | |
| Respondent. | ) ) | |

## ORDER DIRECTING CLERK TO MODIFY DOCKET AND ORDERING RESPONDENT TO RESPOND TO PETITION PURSUANT TO 28 U.S.C. § 2241

Petitioner Quentin R. Johnson, booking number 376035, an inmate incarcerated at the Shelby County Correctional Center, filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 ("§ 2241 Petition") on September 29, 2017. (ECF No. 1.) Petitioner was granted leave to proceed in forma pauperis. (ECF No. 7.) The Clerk shall record the Respondent as Anthony Alexander, Interim Director of the Shelby County Division of Corrections.[1]

The Clerk is DIRECTED to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[2]

Respondent is ORDERED to file a response to the § 2241 Petition within twenty-eight (28) days. Petitioner may, if he chooses, submit a reply to Respondent's Answer or response

---

[1] The proper respondent to a habeas petition is the petitioner's custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 434–435 (2004).

[2] These Rules are applicable to habeas petitions under 28 U.S.C. § 2241. *See* Rule 1(b), § 2254 Rules ("The district court may apply any or all of these rules to a habeas petition not covered by Rule 1(a).").

within twenty-eight (28) days of service. Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his response. The Court will address the merits of the § 2241 Petition, or of any motion filed by Respondent, after the expiration of the time to reply, as extended.

      **SO ORDERED**, this 17th day of January, 2019.

                                              s/Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE